UNITED STATES FIDELITY & GUARANTY COMPANY v. JOHN H. JOHNSON AND ANOTHER.[1]

June 2, 1916.

Nos. 19,702—(108).

**Vacating judgment by default.**

The court did not abuse its discretion in granting the motion to open the judgment and defend the action. [Reporter.]

Action in the district court for Ramsey county against John H. Johnson and C. W. Strom, doing business under the firm name of John H. Johnson & Company, to recover $2,186.37. Plaintiff's motion for judgment because of failure of defendant to answer or demur to the complaint was granted, Dickson, J. From an order granting defendants' motion to be relieved from their default and that the answer attached to the motion papers be allowed to stand as their answer in the action, and that the judgment already entered stand as security for any claim of plaintiff against them, but restraining the enforcement of execution thereof until the final determination of the case, plaintiff appealed. Affirmed.

*Harris Richardson* and *Walter Richardson*, for appellant.

*C. B. Schmidt*, for respondents.

PER CURIAM.

Appeal from an order granting defendants' motion for leave to interpose an answer and defend in the action. The only question involved is whether the trial court abused its discretion in granting the relief. A careful con-

[1]Reported in 157 N. W. 1069.

sideration of the affidavits in support of the application, and those in opposition thereto, leads to an affirmance. The record will not justify the conclusion that there was an abuse of discretion. A discussion of the facts will serve no useful purpose.

Order affirmed.